In the Matter of WILLIAM BURR JOSEPH DELACY (Also Known as WILLIAM BURR DELACY), an Attorney, Respondent.

First Department, December 13, 1940.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On October 2, 1940, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny in the second degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, he must, therefore, be disbarred.

Present — MARTIN, P. J., GLENNON, UNTERMYER, COHN and CALLAHAN, JJ.

Respondent disbarred.